EDWIN R. LA VIN, Appellant and Respondent, *v.* RUSSELL C. LA VIN et al., Respondents and Appellants.

Argued January 8, 1953; decided March 6, 1953.

600

*Meyer Kraushaar* for appellant-respondent.

*Leo E. Sherman* for respondents-appellants.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: FROESSEL, J.